26 F.3d 95
 Deshawn GREEN, Debby Venturella, and Diana P. Bertollt, on
behalf of themselves and all others situated,
Plaintiffs-Appellees,
v.
Eloise ANDERSON, individually and in her official capacity
as Director, California Department of Social Services;
California Department of Social Services; and Thomas Hayes,
Director, California Department of Finance, Defendants-Appellants.
 No. 93-15306.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 13, 1994.
Decided April 29, 1994.
Amended June 13, 1994.
 
 Theodore Garelis, Deputy Atty. Gen., Sacramento, CA, for defendants-appellants.
 Mark D. Rosenbaum, ACLU Foundation of Southern California, Los Angeles, CA, for plaintiffs-appellees.
 Appeal from the United States District Court for the Eastern District of California, David F. Levi, District Judge, Presiding.
 Before: GOODWIN, NORRIS, and O'SCANNLAIN, Circuit Judges.
 
 ORDER
 
 1
 We AFFIRM for the reasons stated in the district court's order. Green v. Anderson, 811 F.Supp. 516 (E.D.Cal.1993). This panel will retain jurisdiction over the case.
 
 
 2
 This Court's Order, filed April 29, 1994, is hereby corrected by inserting the words "the preliminary injunction" between "AFFIRM" and "for."
 
 
 3
 The April 29, 1994 Order is redesignated ORDER FOR PUBLICATION.